# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| KAREN E MAZIE | § | Case No. 14-38024 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/20/2014 . The undersigned trustee was appointed on 10/20/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4.  The trustee realized gross receipts of | $ | 75,000.00 |
| | | |
| Funds were disbursed in the following amounts: | | |
| | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 30,957.64 |
| Bank service fees | | 97.31 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| | | |
| Leaving a balance on hand of[1] | $ | 28,945.05 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  05/03/2016  and the deadline for filing governmental claims was  05/03/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,250.00 , for a total compensation of $ 6,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 129.13 , for total expenses of $ 129.13 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: _11/19/2016_____    By:/s/BARRY A. CHATZ_____
                                  Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No:        14-38024              CAD        Judge:        Carol A. Doyle | Trustee Name:        BARRY A. CHATZ |
| Case Name:    KAREN E MAZIE | Date Filed (f) or Converted (c):    10/20/2014 (f) |
| | 341(a) Meeting Date:    12/05/2014 |
| For Period Ending:    11/19/2016 | Claims Bar Date:    05/03/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 2.  Checking account | 200.00 | 0.00 | | 0.00 | FA |
| 3.  Household goods and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 4.  Wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 5.  Jewelry | 600.00 | 0.00 | | 0.00 | FA |
| 6.  Personal injury claim | Unknown | 0.00 | | 75,000.00 | FA |
| 7.  Automobiles, Trucks and Vehicles | 6,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                        $8,220.00                $0.00                $75,000.00                $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Personal injury case settled.  No other assets to liquidate.  Claims review completed and TFR being prepared.

RE PROP #        1  --    Cash on hand
RE PROP #        2  --    First Midwest Bank checking account
RE PROP #        3  --    Personal possessions in parents' home at liquidation value
RE PROP #        5  --    Wedding ring
RE PROP #        6  --    Slip and fall claim pending since 2009.
RE PROP #        7  --    2010 Dodge Charger 108,000 miles

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-38024 | Trustee Name: BARRY A. CHATZ |
| Case Name: KAREN E MAZIE | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0813 |
| | Checking |
| Taxpayer ID No: XX-XXX7022 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/01/16 | 6 | Liberty Mutual Insurance<br>P.O. Box 4555<br>Portland, OR  97208 | SETTLEMENT FUNDS | 1142-000 | $75,000.00 | | $75,000.00 |
| 03/08/16 | 400001 | NEWMAN, BOYER & STATHAM, LTD.<br>20 NORTH CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60602 | ATTORNEY FEES AND EXPENSES<br>$25,000.00 - FEES<br>$ 2,305.94 - EXPENSES | | | $27,305.94 | $47,694.06 |
| | | Newman Boyer & Statham, Ltd. | FEES                    ($25,000.00) | 3210-000 | | | |
| | | Newman Boyer & Statham, Ltd. | EXPENSES             ($2,305.94) | 3220-000 | | | |
| 03/08/16 | 400002 | MAZIE, KAREN E.<br>15317 HICKORY LANE<br>OAK FOREST, IL 60452 | EXEMPTION | 8100-002 | | $15,000.00 | $32,694.06 |
| 03/08/16 | 400003 | BLUE CROSS BLUE SHIELD<br>HEALTH SERVICE CORPORATION<br>25552 NETWORK PLACE<br>CHICAGO, IL 60673-1255 | ADMIN CLAIM PURSUANT TO 3/2/16 COURT ORDER | 2990-000 | | $3,584.80 | $29,109.26 |
| 03/08/16 | 400004 | DR. WILLIAM EARMAN<br>ORTHOSPINE, LTD.<br>6450 WEST COLLEGE DRIVE<br>PALOS HEIGHTS, IL 60463 | ADMIN CLAIM PURSUANT TO 3/2/16 COURT ORDER | 2990-000 | | $44.30 | $29,064.96 |
| 03/08/16 | 400005 | Radiology & Nuclear Consultants<br>7808 College Drive<br>1SE<br>Palos Heights, IL 60463 | ADMIN CLAIM PURSUANT TO 3/2/16 COURT ORDER | 2990-000 | | $22.60 | $29,042.36 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.67 | $28,986.69 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.64 | $28,945.05 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $75,000.00 | $46,054.95 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Page Subtotals: | | $75,000.00 | $46,054.95 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Case 14-38024   Doc 80   Filed 12/02/16   Entered 12/02/16 09:47:07   Desc Main
Document   Page 5 of 17

| | | |
|---|---|---|
| Subtotal | $75,000.00 | $46,054.95 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $75,000.00 | $31,054.95 |

Exhibit B

Page Subtotals:                    $0.00            $0.00

Case 14-38024   Doc 80   Filed 12/02/16   Entered 12/02/16 09:47:07   Desc Main
Document       Page 6 of 17

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0813 - Checking | $75,000.00 | $31,054.95 | $28,945.05 |
| | $75,000.00 | $31,054.95 | $28,945.05 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $75,000.00 |
| Total Gross Receipts: | $75,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-38024-CAD                                                                                    Date: November 19, 2016
Debtor Name: KAREN E MAZIE
Claims Bar Date: 5/3/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2990 | Blue Cross Blue Shield Health Service Corporation 25552 Network Place Chicago, IL 60673-1255 | Administrative | PURSUANT TO COURT ORDER ENTERED 3/2/16 | $0.00 | $3,584.80 | $3,584.80 |
| 100 2100 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL  60606-0000 | Administrative | | $0.00 | $6,250.00 | $6,250.00 |
| 100 2200 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL  60606-0000 | Administrative | | $0.00 | $129.13 | $129.13 |
| 100 3210 | COHEN & KROL 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602 | Administrative | | $0.00 | $7,177.50 | $7,177.50 |
| 100 3220 | COHEN & KROL 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602 | Administrative | | $0.00 | $32.29 | $32.29 |
| 100 2990 | Dr. William Earman Orthospine, Ltd. 6450 W. College Drive Palos Heights, IL 60463 | Administrative | PURSUANT TO COURT ORDER ENTERED 3/2/16 | $0.00 | $44.30 | $44.30 |
| 99 8100 | Karen E. Mazie 15317 Hickory lane Oak Forest, IL 60452 | Administrative | PURSUANT TO COURT ORDER ENTERED 3/2/16 | $0.00 | $15,000.00 | $15,000.00 |
| 100 3210 | Newman Boyer & Statham, Ltd. 20 North Clark Street Suite 800 Chicago, Illinois 60602 | Administrative | $25,000.00 Attorney's Fees (UTC 3210) PURSUANT TO COURT ORDER ENTERED 3/2/16 | $0.00 | $25,000.00 | $25,000.00 |
| 100 3220 | Newman Boyer & Statham, Ltd. 20 North Clark Street Suite 800 Chicago, IL 60602 | Administrative | PURSUANT TO COURT ORDER ENTERED 3/2/16 | $0.00 | $2,305.94 | $2,305.94 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-38024-CAD
Debtor Name: KAREN E MAZIE
Claims Bar Date: 5/3/2016

Date: November 19, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2990 | Radiology & Nuclear Consultants 7808 College Drive 1SE Palos Heights, IL 60463 | Administrative | PURSUANT TO COURT ORDER ENTERED 3/2/16 | $0.00 | $22.60 | $22.60 |
| 100 2700 | United States Bankruptcy Court Clerk 219 South Dearborn Street Chicago, IL 60604 | Administrative | | $0.00 | $260.00 | $260.00 |
| 1 350 7200 | Acl Laboratories Pobox27901 West Allis, Wi 53227 | Unsecured | | $0.00 | $5.20 | $5.20 |
| 2 350 7200 | Alpha Med Phys. Group Po Box3191 Carol Stream, Il 60132 | Unsecured | | $0.00 | $65.90 | $65.90 |
| 3 350 7200 | Alpha Med Phys. Group Po Box3191 Carol Stream, Il 60132 | Unsecured | | $0.00 | $65.90 | $65.90 |
| 4 350 7200 | American Express Po Box 297871 Fort Lauderdale, Fl 33329 | Unsecured | | $0.00 | $1,100.00 | $1,100.00 |
| 5 350 7200 | Bmo Harris P.O. Box 94034 Palatine, Il 60094 | Unsecured | | $0.00 | $90,785.00 | $90,785.00 |
| 6 350 7200 | Capital One Po Box 30281 Salt Lake City, Ut 84130 | Unsecured | | $0.00 | $408.00 | $408.00 |
| 7 350 7200 | Capital One Po Box 30281 Salt Lake City, Ut 84130 | Unsecured | | $0.00 | $494.00 | $494.00 |

Page 2

Printed: November 19, 2016

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-38024-CAD                                                                    Date: November 19, 2016
Debtor Name: KAREN E MAZIE
Claims Bar Date: 5/3/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 350 7200 | Cb Accounts, Inc. 1101 Main Street Peoria, Il 61606 | Unsecured | | $0.00 | $15.60 | $15.60 |
| 9 350 7200 | Certified Services 1733 Washington St 201 Waukegan, Il 60085 | Unsecured | | $0.00 | $228.00 | $228.00 |
| 10 350 7200 | Chase Po Box 15298 Wilmington, De 19850 | Unsecured | | $0.00 | $249.00 | $249.00 |
| 11 350 7200 | City Of Oak Forest Po Box1053 Mokena, Il 60448 | Unsecured | | $0.00 | $320.40 | $320.40 |
| 12 350 7200 | Com Ed 1309 Technology Pkwy Cedar Falls, Ia 50613 | Unsecured | | $0.00 | $62.41 | $62.41 |
| 13 350 7200 | Dr. Daniel Pacella 16501 S. 106Th Ct. Orland Park, Il 60467 | Unsecured | | $0.00 | $260.80 | $260.80 |
| 14 350 7200 | Dr. Donatello & Rusco 6360 159Th Street Oak Forest, Il 60452 | Unsecured | | $0.00 | $290.67 | $290.67 |
| 15 350 7200 | Dr. John Hohner 6360 159Th Street Oak Forest, Il 60452 | Unsecured | | $0.00 | $766.90 | $766.90 |
| 16 350 7200 | Dr. Richard Eber Dds 10423 S Cicero Ave Oak Lawn, Il 60453 | Unsecured | | $0.00 | $58.00 | $58.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-38024-CAD                                                                Date: November 19, 2016
Debtor Name: KAREN E MAZIE
Claims Bar Date: 5/3/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 17 350 7200 | Duvera 1910 Palomar Point Way, Ste 101 Carlsbad, Ca 92008 | Unsecured | | $0.00 | $367.00 | $367.00 |
| 18 350 7200 | Eos Cca 700 Longwater Dr. Norwell, Ma 02061 | Unsecured | | $0.00 | $375.00 | $375.00 |
| 19 350 7200 | First Premier Bank Attn: Bankruptcy Dept 601 S Minnesota Ave Sioux Falls, Sd 57101 | Unsecured | | $0.00 | $570.00 | $570.00 |
| 20 350 7200 | Geico Casualty Company C/O Credit Collection Services Two Wells Ave Newton Center, Ma 02459 | Unsecured | | $0.00 | $11,692.00 | $11,692.00 |
| 21 350 7200 | Palos Community Hospital C/O Harris & Harris, Ltd. 111 W Jackson Blvd, Ste 400 Chicago, Il 60604 | Unsecured | | $0.00 | $1,471.00 | $1,471.00 |
| 22 350 7200 | Palos Community Hospital C/O Harris & Harris, Ltd. 111 W Jackson Blvd, Ste 400 Chicago, Il 60604 | Unsecured | | $0.00 | $150.00 | $150.00 |
| 23 350 7200 | Heart Care Center Of Il Po Box766 Bedford Park, Il 60499 | Unsecured | | $0.00 | $13.50 | $13.50 |
| 24 350 7200 | Jp Morgan Chase Bank Po Box64887 St. Paul, Mn 55164 | Unsecured | | $0.00 | $2,604.03 | $2,604.03 |
| 25 350 7200 | City Of Country Club Hills C/O Mcsi 7330 College Drive Palos Heights, Il 60463 | Unsecured | | $0.00 | $200.00 | $200.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-38024-CAD                                                        Date: November 19, 2016
Debtor Name: KAREN E MAZIE
Claims Bar Date: 5/3/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 26 350 7200 | Allied Anesthesia Assoc C/O Medical Business Bureau P.O. Box 1219 Park Ridge, Il 60068 | Unsecured | | $0.00 | $201.00 | $201.00 |
| 27 350 7200 | Numark Credit Union 8001 W 159Th Street Tinley Park, Il 60477 | Unsecured | | $0.00 | $69.00 | $69.00 |
| 28 350 7200 | Palos Emergency Medical Services 9944 S Roberts Road Palos Hills, Il 60465 | Unsecured | | $0.00 | $25.60 | $25.60 |
| 29 350 7200 | Parkview Orthopaedic 7600College Dr. Palos Heights, Il 60463 | Unsecured | | $0.00 | $144.20 | $144.20 |
| 30 350 7200 | Palos Emergency Medical Services 9944 S Roberts Road Palos Hills, Il 60465 | Unsecured | | $0.00 | $99.00 | $99.00 |
| 31 350 7200 | Pulmonary Critical Care Consultants 700 E. Ogden Suite 205 Westmont, Il 60559 | Unsecured | | $0.00 | $35.70 | $35.70 |
| 32 350 7200 | Radiology & Nuclear Con 7808 College Dr. 1Se Palos Heights, Il 60463 | Unsecured | | $0.00 | $29.20 | $29.20 |
| 33 350 7200 | Radiology & Nuclear Con 7808 College Dr. 1Se Palos Heights, Il 60463 | Unsecured | | $0.00 | $29.00 | $29.00 |
| 34 350 7200 | Radiology & Nuclear Con 7808 College Dr. 1Se Palos Heights, Il 60463 | Unsecured | | $0.00 | $4.00 | $4.00 |

Printed: November 19, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-38024-CAD

Date: November 19, 2016

Debtor Name: KAREN E MAZIE

Claims Bar Date: 5/3/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 35 350 7200 | Scr Laboratory Phys Po Box5959 Carol Stream, Il 60197 | Unsecured | | $0.00 | $36.00 | $36.00 |
| 36 350 7200 | Scr Laboratory Phys Po Box5959 Carol Stream, Il 60197 | Unsecured | | $0.00 | $34.20 | $34.20 |
| 37 350 7200 | Secretary Of State Safey Responsibility Section 2701 S Dirksen Parkway Springfield, Il 62723 | Unsecured | | $0.00 | $105.00 | $105.00 |
| 38 350 7200 | State Farm Po Box2329 Bloomington, Il 61702 | Unsecured | | $0.00 | $208.34 | $208.34 |
| 39 350 7200 | The Bureaus, Inc. 1717 Central Street Evanston, Il 60201 | Unsecured | | $0.00 | $498.00 | $498.00 |
| 40 350 7200 | Tinley Square Condo c/o Advocate Property Management P.O. Box 9242 Naperville, IL 60567 | Unsecured | Late files unsecured claim | $0.00 | $2,238.00 | $2,238.00 |
| | Case Totals | | | $0.00 | $176,181.11 | $176,181.11 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: November 19, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-38024
Case Name: KAREN E MAZIE
Trustee Name: BARRY A. CHATZ

Balance on hand                                    $        28,945.05

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 6,250.00 | $ 0.00 | $ 6,250.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 129.13 | $ 0.00 | $ 129.13 |
| Attorney for Trustee Fees: Newman Boyer & Statham, Ltd. | $ 25,000.00 | $ 25,000.00 | $ 0.00 |
| Charges: United States Bankruptcy Court Clerk | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Blue Cross Blue Shield | $ 3,584.80 | $ 3,584.80 | $ 0.00 |
| Other: COHEN & KROL | $ 7,177.50 | $ 0.00 | $ 7,177.50 |
| Other: COHEN & KROL | $ 32.29 | $ 0.00 | $ 32.29 |
| Other: Dr. William Earman | $ 44.30 | $ 44.30 | $ 0.00 |
| Other: Newman Boyer & Statham, Ltd. | $ 2,305.94 | $ 2,305.94 | $ 0.00 |
| Other: Radiology & Nuclear Consultants | $ 22.60 | $ 22.60 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $        13,848.92

Remaining Balance                                          $        15,096.13

UST Form 101-7-TFR (5/1/2011) (Page: 13)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 116,374.55  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  13.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Acl Laboratories | $          5.20 | $          0.00 | $          0.67 |
| 2 | Alpha Med Phys. Group | $         65.90 | $          0.00 | $          8.55 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Alpha Med Phys. Group | $ 65.90 | $ 0.00 | $ 8.55 |
| 4 | American Express | $ 1,100.00 | $ 0.00 | $ 142.69 |
| 5 | Bmo Harris | $ 90,785.00 | $ 0.00 | $ 11,776.65 |
| 6 | Capital One | $ 408.00 | $ 0.00 | $ 52.93 |
| 7 | Capital One | $ 494.00 | $ 0.00 | $ 64.08 |
| 8 | Cb Accounts, Inc. | $ 15.60 | $ 0.00 | $ 2.02 |
| 9 | Certified Services | $ 228.00 | $ 0.00 | $ 29.58 |
| 10 | Chase | $ 249.00 | $ 0.00 | $ 32.30 |
| 11 | City Of Oak Forest | $ 320.40 | $ 0.00 | $ 41.56 |
| 12 | Com Ed | $ 62.41 | $ 0.00 | $ 8.10 |
| 13 | Dr. Daniel Pacella | $ 260.80 | $ 0.00 | $ 33.83 |
| 14 | Dr. Donatello & Rusco | $ 290.67 | $ 0.00 | $ 37.71 |
| 15 | Dr. John Hohner | $ 766.90 | $ 0.00 | $ 99.48 |
| 16 | Dr. Richard Eber Dds | $ 58.00 | $ 0.00 | $ 7.52 |
| 17 | Duvera | $ 367.00 | $ 0.00 | $ 47.61 |
| 18 | Eos Cca | $ 375.00 | $ 0.00 | $ 48.65 |
| 19 | First Premier Bank | $ 570.00 | $ 0.00 | $ 73.94 |
| 20 | Geico Casualty Company | $ 11,692.00 | $ 0.00 | $ 1,516.69 |
| 21 | Palos Community Hospital | $ 1,471.00 | $ 0.00 | $ 190.82 |
| 22 | Palos Community Hospital | $ 150.00 | $ 0.00 | $ 19.46 |
| 23 | Heart Care Center Of Il | $ 13.50 | $ 0.00 | $ 1.75 |
| 24 | Jp Morgan Chase Bank | $ 2,604.03 | $ 0.00 | $ 337.80 |
| 25 | City Of Country Club Hills | $ 200.00 | $ 0.00 | $ 25.94 |
| 26 | Allied Anesthesia Assoc | $ 201.00 | $ 0.00 | $ 26.07 |
| 27 | Numark Credit Union | $ 69.00 | $ 0.00 | $ 8.95 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | Palos Emergency Medical Services | $ 25.60 | $ 0.00 | $ 3.32 |
| 29 | Parkview Orthopaedic | $ 144.20 | $ 0.00 | $ 18.71 |
| 30 | Palos Emergency Medical Services | $ 99.00 | $ 0.00 | $ 12.84 |
| 31 | Pulmonary Critical Care Consultants | $ 35.70 | $ 0.00 | $ 4.63 |
| 32 | Radiology & Nuclear Con | $ 29.20 | $ 0.00 | $ 3.79 |
| 33 | Radiology & Nuclear Con | $ 29.00 | $ 0.00 | $ 3.76 |
| 34 | Radiology & Nuclear Con | $ 4.00 | $ 0.00 | $ 0.52 |
| 35 | Scr Laboratory Phys | $ 36.00 | $ 0.00 | $ 4.67 |
| 36 | Scr Laboratory Phys | $ 34.20 | $ 0.00 | $ 4.44 |
| 37 | Secretary Of State | $ 105.00 | $ 0.00 | $ 13.62 |
| 38 | State Farm | $ 208.34 | $ 0.00 | $ 27.03 |
| 39 | The Bureaus, Inc. | $ 498.00 | $ 0.00 | $ 64.60 |
| 40 | Tinley Square Condo | $ 2,238.00 | $ 0.00 | $ 290.30 |

Total to be paid to tardy general unsecured creditors        $            15,096.13

Remaining Balance        $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*