## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| KAREN E. MAZIE, | Case No. 14-38024 |
| Debtor. | Honorable Carol A. Doyle |

### CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Karen E. Mazie, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on December 2, 2016.


/s/ Barry A Chatz, Trustee


Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KAREN E MAZIE | § | Case No. 14-38024 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, January 25, 2017 in Courtroom 742, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/19/2016                By: /s/ Barry A. Chatz, Trustee
                                                        Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KAREN E MAZIE § Case No. 14-38024
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 75,000.00 |
| and approved disbursements of | $ | 46,054.95 |
| leaving a balance on hand of[1] | $ | 28,945.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 6,250.00 | $ 0.00 | $ 6,250.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 129.13 | $ 0.00 | $ 129.13 |
| Attorney for Trustee Fees: Newman Boyer & Statham, Ltd. | $ 25,000.00 | $ 25,000.00 | $ 0.00 |
| Charges: United States Bankruptcy Court Clerk | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Blue Cross Blue Shield | $ 3,584.80 | $ 3,584.80 | $ 0.00 |
| Other: COHEN & KROL | $ 7,177.50 | $ 0.00 | $ 7,177.50 |
| Other: COHEN & KROL | $ 32.29 | $ 0.00 | $ 32.29 |
| Other: Dr. William Earman | $ 44.30 | $ 44.30 | $ 0.00 |
| Other: Newman Boyer & Statham, Ltd. | $ 2,305.94 | $ 2,305.94 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Radiology & Nuclear Consultants | $ 22.60 | $ 22.60 | $ 0.00 |//
| Total to be paid for chapter 7 administrative expenses | | $ | 13,848.92 |
| Remaining Balance | | $ | 15,096.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 116,374.55 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 13.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Acl Laboratories | $ 5.20 | $ 0.00 | $ 0.67 |
| 2 | Alpha Med Phys. Group | $ 65.90 | $ 0.00 | $ 8.55 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Alpha Med Phys. Group | $ 65.90 | $ 0.00 | $ 8.55 |
| 4 | American Express | $ 1,100.00 | $ 0.00 | $ 142.69 |
| 5 | Bmo Harris | $ 90,785.00 | $ 0.00 | $ 11,776.65 |
| 6 | Capital One | $ 408.00 | $ 0.00 | $ 52.93 |
| 7 | Capital One | $ 494.00 | $ 0.00 | $ 64.08 |
| 8 | Cb Accounts, Inc. | $ 15.60 | $ 0.00 | $ 2.02 |
| 9 | Certified Services | $ 228.00 | $ 0.00 | $ 29.58 |
| 10 | Chase | $ 249.00 | $ 0.00 | $ 32.30 |
| 11 | City Of Oak Forest | $ 320.40 | $ 0.00 | $ 41.56 |
| 12 | Com Ed | $ 62.41 | $ 0.00 | $ 8.10 |
| 13 | Dr. Daniel Pacella | $ 260.80 | $ 0.00 | $ 33.83 |
| 14 | Dr. Donatello & Rusco | $ 290.67 | $ 0.00 | $ 37.71 |
| 15 | Dr. John Hohner | $ 766.90 | $ 0.00 | $ 99.48 |
| 16 | Dr. Richard Eber Dds | $ 58.00 | $ 0.00 | $ 7.52 |
| 17 | Duvera | $ 367.00 | $ 0.00 | $ 47.61 |
| 18 | Eos Cca | $ 375.00 | $ 0.00 | $ 48.65 |
| 19 | First Premier Bank | $ 570.00 | $ 0.00 | $ 73.94 |
| 20 | Geico Casualty Company | $ 11,692.00 | $ 0.00 | $ 1,516.69 |
| 21 | Palos Community Hospital | $ 1,471.00 | $ 0.00 | $ 190.82 |
| 22 | Palos Community Hospital | $ 150.00 | $ 0.00 | $ 19.46 |
| 23 | Heart Care Center Of Il | $ 13.50 | $ 0.00 | $ 1.75 |
| 24 | Jp Morgan Chase Bank | $ 2,604.03 | $ 0.00 | $ 337.80 |
| 25 | City Of Country Club Hills | $ 200.00 | $ 0.00 | $ 25.94 |
| 26 | Allied Anesthesia Assoc | $ 201.00 | $ 0.00 | $ 26.07 |
| 27 | Numark Credit Union | $ 69.00 | $ 0.00 | $ 8.95 |
| 28 | Palos Emergency Medical Services | $ 25.60 | $ 0.00 | $ 3.32 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 29 | Parkview Orthopaedic | $ 144.20 | $ 0.00 | $ 18.71 |
| 30 | Palos Emergency Medical Services | $ 99.00 | $ 0.00 | $ 12.84 |
| 31 | Pulmonary Critical Care Consultants | $ 35.70 | $ 0.00 | $ 4.63 |
| 32 | Radiology & Nuclear Con | $ 29.20 | $ 0.00 | $ 3.79 |
| 33 | Radiology & Nuclear Con | $ 29.00 | $ 0.00 | $ 3.76 |
| 34 | Radiology & Nuclear Con | $ 4.00 | $ 0.00 | $ 0.52 |
| 35 | Scr Laboratory Phys | $ 36.00 | $ 0.00 | $ 4.67 |
| 36 | Scr Laboratory Phys | $ 34.20 | $ 0.00 | $ 4.44 |
| 37 | Secretary Of State | $ 105.00 | $ 0.00 | $ 13.62 |
| 38 | State Farm | $ 208.34 | $ 0.00 | $ 27.03 |
| 39 | The Bureaus, Inc. | $ 498.00 | $ 0.00 | $ 64.60 |
| 40 | Tinley Square Condo | $ 2,238.00 | $ 0.00 | $ 290.30 |

Total to be paid to tardy general unsecured creditors    $ 15,096.13

Remaining Balance    $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

*BARRY A. CHATZ*

*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Label Matrix for local noticing
0752-1
Case 14-38024
Northern District of Illinois
Chicago
Thu Dec  1 15:05:36 CST 2016

ACL Laboratories
POBox27901
West Allis, WI 53227-0901

Allied Anesthesia Assoc
c/o Medical Business Bureau
P.O. Box 1219
Park Ridge, IL 60068-7219

Alpha Med Phys. Group
PO Box3191
Carol Stream, IL 60132-3191

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

BMO Harris
P.O. Box 94034
Palatine, IL 60094-4034

BMO Harris Bank NA
111 W Monroe St Floor 21E
Chicago, IL 60603-4096

CB Accounts, Inc.
1101 Main Street
Peoria, IL 61606-1928

CHR
POB 5435
Dept 0102
Carol Stream, IL 60197-5435

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Certified Services
1733 Washington St 201
Waukegan, IL 60085-5192

Chase
PO Box 15298
Wilmington, DE 19850-5298

City of Country Club Hills
c/o MCSI
7330 College Drive
Palos Heights, IL 60463-1157

City of Oak Forest
PO Box1053
Mokena, IL 60448-2052

Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602-4600

Com Ed
1309 Technology Pkwy
Cedar Falls, IA 50613-6976

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076-2780

Dr. Daniel Pacella
16501 S. 106th Ct.
Orland Park, IL 60467-4545

Dr. Donatello & Rusco
6360 159th Street
Oak Forest, IL 60452-2725

Dr. John Hohner
6360 159th Street
Oak Forest, IL 60452-2725

Dr. Richard Eber DDS
10423 S Cicero Ave
Oak Lawn, IL 60453-4703

Duvera
1910 Palomar Point Way, Ste 101
Carlsbad, CA 92008-5578

EOS CCA
700 Longwater Dr.
Norwell, MA 02061-1624

Ehrenberg & Egan
321 N Clark St, Ste 1430
Chicago, IL 60654-5201

First Premier Bank
Attn: Bankruptcy Dept
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Geico Casualty Company
c/o Credit Collection Services
Two Wells Ave
Newton Center, MA 02459-3225

Guest Walsh Towsend
205 W Randolf, Ste 1000
Chicago, IL 60606-1813

HSBC Household
PO Box 9
Buffalo, NY 14240-0009

Harris & Harris LTD
111 W Jackson Blvd, Ste 400
Chicago, IL 60604-4135

Heart Care Center of IL
PO Box766
Bedford Park, IL 60499-0766

IL Collection Srv.
PO Box 1010
Tinley Park, IL 60477-9110

JP Morgan Chase Bank
PO Box64887
St. Paul, MN 55164-0887

Kovitz Shifrin Nesbit
750 West Lake Cook Rd, Ste 350
Buffalo Grove, IL 60089-2086

Gina B Krol
Cohen & Krol
105 West Madison St Ste 1100
Chicago, IL 60602-4600

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

MCSI
7330 College Dr
Palos Heights, IL 60463-1186

Karen E Mazie
15317 Hickory Lane
Oak Forest, IL 60452-1606

Medical Business Bureaus
PO Box 1219
Park Ridge, IL 60068-7219

NuMark Credit Union
8001 W 159th Street
Tinley Park, IL 60477-1214

PEMS
Palos Community Hospital
Attn: Business Office
12251 S. 80th Ave.
Palos Heights, IL 60463-0930

Palos Comm. Hosp Home Health Care
15295 E. 127th St.
Lemont, IL 60439-7405

Palos Community Hospital
12251 S. 80th Avenue
Palos Heights, IL 60463-0930

Palos Community Hospital
c/o Harris & Harris, Ltd.
111 W Jackson Blvd, Ste 400
Chicago, IL 60604-4135

Palos Emergency Medical Services
9944 S Roberts Road
Palos Hills, IL 60465-1555

Parkview Musculoskeletal Institute
7600 West College Dr.
Palos Heights, IL 60463-1066

Parkview Orthopaedic
7600College Dr.
Palos Heights, IL 60463-1066

Planation Billing Center
PO Box 189016
Plantation, FL 33318-9016

Portfolio Recovery Associates LLC
PO Box 12914
Norfolk, VA 23541-0914

Pulmonary Critical Care Consultants
700 E. Ogden Suite 205
Westmont, IL 60559-1296

Radiology & Nuclear Con
7808 College Dr. 1SE
Palos Heights, IL 60463-1591

SCR Laboratory Phys
PO Box5959
Carol Stream, IL 60197-5959

Secretary of State
Safey Responsibility Section
2701 S Dirksen Parkway
Springfield, IL 62723-1000

Silver Cross Hospital
1200 Maple Road
Joliet, IL 60432-1439

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

State Farm
PO Box2329
Bloomington, IL 61702-2329

| | | |
|---|---|---|
| The Bureaus Inc<br>650 Dundee Rd., Suite 370<br>Northbrook, IL 60062-2757 | The Bureaus, Inc.<br>1717 Central Street<br>Evanston, IL 60201-1507 | Tinley Square Condo<br>c/o Advocate Property Management<br>POB 9242<br>Naperville, IL 60567-0242 |
| West Asset Mgmt<br>2703 N Highway 75<br>Sherman, TX 75090-2567 | st james hosptial<br>20201 South Crawford Avenue<br>Olympia Fields, IL 60461-1010 | |