# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KAREN E MAZIE | § | Case No. 14-38024 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 6,500.00 *(Without deducting any secured claims)* | Assets Exempt: 16,720.00 |
| Total Distributions to Claimants: 15,238.82 | Claims Discharged Without Payment:  225,096.09 |
| Total Expenses of Administration:  44,903.87 | |

3) Total gross receipts of $ 75,142.69  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 60,142.69  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 6,742.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 44,903.87 | 44,903.87 | 44,903.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 117,218.36 | 116,374.55 | 116,374.55 | 15,238.82 |
| **TOTAL DISBURSEMENTS** | $ 123,960.36 | $ 161,278.42 | $ 161,278.42 | $ 60,142.69 |

4)  This case was originally filed under chapter 7 on  10/20/2014 .  The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/27/2017            By:/s/BARRY A. CHATZ
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim | 1142-000 | 75,000.00 |
| Other Receipts | 1290-000 | 142.69 |
| **TOTAL GROSS RECEIPTS** | | **$75,142.69** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mazie, Karen E. | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Springleaf Financial 3200 W 150th Street, Ste B Markham, IL 60428 | | 6,742.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 6,742.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 6,250.00 | 6,250.00 | 6,250.00 |
| BARRY A. CHATZ | 2200-000 | NA | 129.13 | 129.13 | 129.13 |
| Union Bank | 2600-000 | NA | 97.31 | 97.31 | 97.31 |
| United States Bankruptcy Court Clerk | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| Blue Cross Blue Shield | 2990-000 | NA | 3,584.80 | 3,584.80 | 3,584.80 |
| Dr. William Earman | 2990-000 | NA | 44.30 | 44.30 | 44.30 |
| Radiology & Nuclear Consultants | 2990-000 | NA | 22.60 | 22.60 | 22.60 |
| COHEN & KROL | 3210-000 | NA | 7,177.50 | 7,177.50 | 7,177.50 |
| Newman Boyer & Statham, Ltd. | 3210-000 | NA | 25,000.00 | 25,000.00 | 25,000.00 |
| COHEN & KROL | 3220-000 | NA | 32.29 | 32.29 | 32.29 |
| Newman Boyer & Statham, Ltd. | 3220-000 | NA | 2,305.94 | 2,305.94 | 2,305.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 44,903.87 | $ 44,903.87 | $ 44,903.87 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL Laboratories POBox27901 West Allis, WI 53227 | | 5.20 | NA | NA | 0.00 |
| | Alpha Med Phys. Group PO Box3191 Carol Stream, IL 60132 | | 65.90 | NA | NA | 0.00 |
| | Alpha Med Phys. Group PO Box3191 Carol Stream, IL 60132 | | 65.90 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 297871 Fort Lauderdale, FL 33329 | | 1,100.00 | NA | NA | 0.00 |
| | BMO Harris PO BOX 94034 Palatine, IL 60094 | | 90,785.00 | NA | NA | 0.00 |
| | Capital One PO Box 30281 Salt Lake City, UT 84130 | | 494.00 | NA | NA | 0.00 |
| | Capital One PO Box 30281 Salt Lake City, UT 84130 | | 408.00 | NA | NA | 0.00 |
| | CB Accts. Inc. 1101 Main St. Peoria, IL 61606 | | 15.60 | NA | NA | 0.00 |
| | Certified Services 1733 Washington St 201 Waukegan, IL 60085 | | 228.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 249.00 | NA | NA | 0.00 |
| | City of Oak Forest PO Box1053 Mokena, IL 60448 | | 320.40 | NA | NA | 0.00 |
| | Com Ed 1309 Technology Pkwy Cedar Falls, IA 50613 | | 62.41 | NA | NA | 0.00 |
| | Dr. Daniel Pacella 16501 S. 106th Ct. Orland Park, IL 60467 | | 260.80 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dr. Donatello & Rusco 159th & Ridgeland Oak Forest, IL 60452 | | 290.67 | NA | NA | 0.00 |
| | Dr. John Hohner 159th & Ridgeland Oak Forest, IL 60452 | | 766.90 | NA | NA | 0.00 |
| | Dr. Richard Eber DDS 10423 1/2 S Cicero Ave Oak Lawn, IL 60453 | | 58.00 | NA | NA | 0.00 |
| | Duvera 1910 Palomar Point Way, Ste 101 Carlsbad, CA 92008 | | 367.00 | NA | NA | 0.00 |
| | EOS CCA 700 Longwater Dr. Norwell, MA 02061 | | 375.00 | NA | NA | 0.00 |
| | First Premier Bank Attn: Bankruptcy Dept 601 S Minnesota Ave Sioux Falls, SD 57101 | | 570.00 | NA | NA | 0.00 |
| | First Premier Bank PO Box5529 Sioux Falls, SD 57117 | | 570.47 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Geico Casualty Company c/o Credit Collection Services Two Wells Ave Newton Center, MA 02459 | | 11,692.00 | NA | NA | 0.00 |
| | Harris & Harris LTD 111 W Jackson Blvd, Ste 400 Chicago, IL 60604 | | 1,471.00 | NA | NA | 0.00 |
| | Harris & Harris LTD 111 W Jackson Blvd, Ste 400 Chicago, IL 60604 | | 150.00 | NA | NA | 0.00 |
| | Heart Care Center of IL PO Box766 Bedford Park, IL 60499 | | 13.50 | NA | NA | 0.00 |
| | HSBC Household PO Box 9 Buffalo, NY 14240 | | 0.00 | NA | NA | 0.00 |
| | IL Collection Srv. PO Box 1010 Tinley Park, IL 60477 | | 228.00 | NA | NA | 0.00 |
| | JP Morgan Chase Bank PO Box64887 St. Paul, MN 55164 | | 2,604.03 | NA | NA | 0.00 |
| | MCSI 7330 College Dr Palos Heights, IL 60463 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Business Bureaus PO Box 1219 Park Ridge, IL 60068 | | 201.00 | NA | NA | 0.00 |
| | NuMark Credit Union 159th & 80th Ave. Tinley Park, IL 60477 | | 69.00 | NA | NA | 0.00 |
| | Palos Comm. Hosp Home Health Care 15295 E. 127th St. Lemont, IL 60439 | | 19.74 | NA | NA | 0.00 |
| | Palos Comm. Hosp Home Health Care 15295 E. 127th St. Lemont, IL 60439 | | 0.00 | NA | NA | 0.00 |
| | Palos Emergency Med Services 9944 S. Roberts Rd. Palos Hills, IL 60465 | | 25.60 | NA | NA | 0.00 |
| | Parkview Orthopaedic 7600College Dr. Palos Heights, IL 60463 | | 144.20 | NA | NA | 0.00 |
| | PEMS 9944 S. Roberts Rd. Palos Hills, IL 60465 | | 99.00 | NA | NA | 0.00 |
| | Planation Billing Center PO Box 189016 Plantation, FL 33318 | | 25.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pulmonary Critical Care Consultants 700 E. Ogden Suite 205 Westmont, IL 60559 | | 35.70 | NA | NA | 0.00 |
| | Radiology & Nuclear Con 7808 College Dr. 1SE Palos Heights, IL 60463 | | 4.00 | NA | NA | 0.00 |
| | Radiology & Nuclear Con 7808 College Dr. 1SE Palos Heights, IL 60463 | | 29.20 | NA | NA | 0.00 |
| | Radiology & Nuclear Con 7808 College Dr. 1SE Palos Heights, IL 60463 | | 29.00 | NA | NA | 0.00 |
| | SCR Laboratory Phys PO Box5959 Carol Stream, IL 60197 | | 34.20 | NA | NA | 0.00 |
| | SCR Laboratory Phys PO Box5959 Carol Stream, IL 60197 | | 36.00 | NA | NA | 0.00 |
| | Secretary of State Safey Responsibility Section 2701 S Dirksen Parkway Springfield, IL 62723 | | 105.00 | NA | NA | 0.00 |
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | st james hosptial 20201 South Crawford Avenue Olympia Fields, IL 60461 | | 0.00 | NA | NA | 0.00 |
| | State Farm PO Box2329 Bloomington, IL 61702 | | 208.34 | NA | NA | 0.00 |
| | The Bureaus Inc 1717 Central St. Evanston, IL 60201 | | 498.00 | NA | NA | 0.00 |
| | Tinley Square Condo c/o Advocate Property Management 18679 Dixie Highway Homewood, IL 60430 | | 2,238.00 | NA | NA | 0.00 |
| | West Asset Mgmt 2703 N Highway 75 Sherman, TX 75090 | | 0.00 | NA | NA | 0.00 |
| 2 | Alpha Med Phys. Group | 7200-000 | NA | 65.90 | 65.90 | 8.55 |
| 3 | Alpha Med Phys. Group | 7200-000 | NA | 65.90 | 65.90 | 8.55 |
| 4 | American Express | 7200-000 | NA | 1,100.00 | 1,100.00 | 285.38 |
| 5 | Bmo Harris | 7200-000 | NA | 90,785.00 | 90,785.00 | 11,776.65 |
| 6 | Capital One | 7200-000 | NA | 408.00 | 408.00 | 52.93 |
| 7 | Capital One | 7200-000 | NA | 494.00 | 494.00 | 64.08 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Certified Services | 7200-000 | NA | 228.00 | 228.00 | 29.58 |
| 10 | Chase | 7200-000 | NA | 249.00 | 249.00 | 32.30 |
| 11 | City Of Oak Forest | 7200-000 | NA | 320.40 | 320.40 | 41.56 |
| 12 | Com Ed | 7200-000 | NA | 62.41 | 62.41 | 8.10 |
| 13 | Dr. Daniel Pacella | 7200-000 | NA | 260.80 | 260.80 | 33.83 |
| 14 | Dr. Donatello & Rusco | 7200-000 | NA | 290.67 | 290.67 | 37.71 |
| 15 | Dr. John Hohner | 7200-000 | NA | 766.90 | 766.90 | 99.48 |
| 16 | Dr. Richard Eber Dds | 7200-000 | NA | 58.00 | 58.00 | 7.52 |
| 19 | First Premier Bank | 7200-000 | NA | 570.00 | 570.00 | 73.94 |
| 1 | Acl Laboratories | 7200-001 | NA | 5.20 | 5.20 | 0.67 |
| 26 | Allied Anesthesia Assoc | 7200-001 | NA | 201.00 | 201.00 | 26.07 |
| 8 | Cb Accounts, Inc. | 7200-001 | NA | 15.60 | 15.60 | 2.02 |
| 25 | City Of Country Club Hills | 7200-001 | NA | 200.00 | 200.00 | 25.94 |
| 17 | Duvera | 7200-001 | NA | 367.00 | 367.00 | 47.61 |
| 18 | Eos Cca | 7200-001 | NA | 375.00 | 375.00 | 48.65 |
| 20 | Geico Casualty Company | 7200-001 | NA | 11,692.00 | 11,692.00 | 1,516.69 |
| 23 | Heart Care Center Of Il | 7200-001 | NA | 13.50 | 13.50 | 1.75 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 24 | Jp Morgan Chase Bank | 7200-001 | NA | 2,604.03 | 2,604.03 | 337.80 |
| 27 | Numark Credit Union | 7200-001 | NA | 69.00 | 69.00 | 8.95 |
| 21 | Palos Community Hospital | 7200-001 | NA | 1,471.00 | 1,471.00 | 190.82 |
| 22 | Palos Community Hospital | 7200-001 | NA | 150.00 | 150.00 | 19.46 |
| 28 | Palos Emergency Medical Services | 7200-001 | NA | 25.60 | 25.60 | 3.32 |
| 30 | Palos Emergency Medical Services | 7200-001 | NA | 99.00 | 99.00 | 12.84 |
| 29 | Parkview Orthopaedic | 7200-001 | NA | 144.20 | 144.20 | 18.71 |
| 31 | Pulmonary Critical Care Consultants | 7200-001 | NA | 35.70 | 35.70 | 4.63 |
| 32 | Radiology & Nuclear Con | 7200-001 | NA | 29.20 | 29.20 | 3.79 |
| 33 | Radiology & Nuclear Con | 7200-001 | NA | 29.00 | 29.00 | 3.76 |
| 34 | Radiology & Nuclear Con | 7200-001 | NA | 4.00 | 4.00 | 0.52 |
| 35 | Scr Laboratory Phys | 7200-001 | NA | 36.00 | 36.00 | 4.67 |
| 36 | Scr Laboratory Phys | 7200-001 | NA | 34.20 | 34.20 | 4.44 |
| 37 | Secretary Of State | 7200-001 | NA | 105.00 | 105.00 | 13.62 |
| 38 | State Farm | 7200-001 | NA | 208.34 | 208.34 | 27.03 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 39 | The Bureaus, Inc. | 7200-001 | NA | 498.00 | 498.00 | 64.60 |
| 40 | Tinley Square Condo | 7200-001 | NA | 2,238.00 | 2,238.00 | 290.30 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 117,218.36 | $ 116,374.55 | $ 116,374.55 | $ 15,238.82 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-38024 | CAD | Judge: | Carol A. Doyle | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | KAREN E MAZIE | | | | Date Filed (f) or Converted (c): | 10/20/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/05/2014 |
| For Period Ending: | 07/27/2017 | | | | Claims Bar Date: | 05/03/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 2.  Checking account | 200.00 | 0.00 | | 0.00 | FA |
| 3.  Household goods and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 4.  Wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 5.  Jewelry | 600.00 | 0.00 | | 0.00 | FA |
| 6.  Personal injury claim | Unknown | 0.00 | | 75,000.00 | FA |
| 7.  Automobiles, Trucks and Vehicles | 6,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $8,220.00 | $0.00 | | $75,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Personal injury case settled.  No other assets to liquidate.  Claims review completed and TFR being prepared.

| RE PROP # | 1 | -- | Cash on hand |
|---|---|---|---|
| RE PROP # | 2 | -- | First Midwest Bank checking account |
| RE PROP # | 3 | -- | Personal possessions in parents' home at liquidation value |
| RE PROP # | 5 | -- | Wedding ring |
| RE PROP # | 6 | -- | Slip and fall claim pending since 2009. |
| RE PROP # | 7 | -- | 2010 Dodge Charger 108,000 miles |

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 12/31/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 14-38024 | Trustee Name: BARRY A. CHATZ | Exhibit 9 |
| Case Name: KAREN E MAZIE | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX0813 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7022 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/27/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/01/16 | 6 | Liberty Mutual Insurance<br>P.O. Box 4555<br>Portland, OR  97208 | SETTLEMENT FUNDS | 1142-000 | $75,000.00 | | $75,000.00 |
| 03/08/16 | 400001 | NEWMAN, BOYER & STATHAM, LTD.<br>20 NORTH CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60602 | ATTORNEY FEES AND EXPENSES<br>$25,000.00 - FEES<br>$ 2,305.94 - EXPENSES | | | $27,305.94 | $47,694.06 |
| | | Newman Boyer & Statham, Ltd. | FEES                         ($25,000.00) | 3210-000 | | | |
| | | Newman Boyer & Statham, Ltd. | EXPENSES              ($2,305.94) | 3220-000 | | | |
| 03/08/16 | 400002 | MAZIE, KAREN E.<br>15317 HICKORY LANE<br>OAK FOREST, IL 60452 | EXEMPTION | 8100-002 | | $15,000.00 | $32,694.06 |
| 03/08/16 | 400003 | BLUE CROSS BLUE SHIELD<br>HEALTH SERVICE CORPORATION<br>25552 NETWORK PLACE<br>CHICAGO, IL 60673-1255 | ADMIN CLAIM PURSUANT TO 3/2/16 COURT ORDER | 2990-000 | | $3,584.80 | $29,109.26 |
| 03/08/16 | 400004 | DR. WILLIAM EARMAN<br>ORTHOSPINE, LTD.<br>6450 WEST COLLEGE DRIVE<br>PALOS HEIGHTS, IL 60463 | ADMIN CLAIM PURSUANT TO 3/2/16 COURT ORDER | 2990-000 | | $44.30 | $29,064.96 |
| 03/08/16 | 400005 | Radiology & Nuclear Consultants<br>7808 College Drive<br>1SE<br>Palos Heights, IL 60463 | ADMIN CLAIM PURSUANT TO 3/2/16 COURT ORDER | 2990-000 | | $22.60 | $29,042.36 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.67 | $28,986.69 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.64 | $28,945.05 |
| 01/25/17 | 400006 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Distribution | | | $6,379.13 | $22,565.92 |

| | | |
|---|---|---|
| Page Subtotals: | $75,000.00 | $52,434.08 |

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No:  14-38024 | Trustee Name:  BARRY A. CHATZ |
| Case Name:  KAREN E MAZIE | Bank Name:  Union Bank |
| | Account Number/CD#:  XXXXXX0813 |
| | Checking |
| Taxpayer ID No:  XX-XXX7022 | Blanket Bond (per case limit):  $5,000,000.00 |
| For Period Ending:  07/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($6,250.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($129.13) | 2200-000 | | | |
| 01/25/17 | 400007 | United States Bankruptcy Court Clerk 219 South Dearborn Street Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | | 2700-000 | | $260.00 | $22,305.92 |
| 01/25/17 | 400008 | COHEN & KROL 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602 | Distribution | | | | $7,209.79 | $15,096.13 |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. | ($7,177.50) | 3210-000 | | | |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. | ($32.29) | 3220-000 | | | |
| 01/25/17 | 400009 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | | $29.57 | $15,066.56 |
| | | Acl Laboratories | Final distribution to claim 1 representing a payment of 12.97 % per court order. | ($0.67) | 7200-001 | | | |
| | | Cb Accounts, Inc. | Final distribution to claim 8 representing a payment of 12.97 % per court order. | ($2.02) | 7200-001 | | | |
| | | Heart Care Center Of Il | Final distribution to claim 23 representing a payment of 12.97 % per court order. | ($1.75) | 7200-001 | | | |
| | | Palos Emergency Medical Services | Final distribution to claim 28 representing a payment of 12.97 % per court order. | ($3.32) | 7200-001 | | | |
| | | Pulmonary Critical Care Consultants | Final distribution to claim 31 representing a payment of 12.97 % per court order. | ($4.63) | 7200-001 | | | |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $7,499.36 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-38024 | Trustee Name: BARRY A. CHATZ |
| Case Name: KAREN E MAZIE | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0813 |
| | Checking |
| Taxpayer ID No: XX-XXX7022 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Radiology & Nuclear Con | Final distribution to claim 32 representing a payment of 12.97 % per court order. | ($3.79) | 7200-001 | | | |
| | | Radiology & Nuclear Con | Final distribution to claim 33 representing a payment of 12.97 % per court order. | ($3.76) | 7200-001 | | | |
| | | Radiology & Nuclear Con | Final distribution to claim 34 representing a payment of 12.97 % per court order. | ($0.52) | 7200-001 | | | |
| | | Scr Laboratory Phys | Final distribution to claim 35 representing a payment of 12.97 % per court order. | ($4.67) | 7200-001 | | | |
| | | Scr Laboratory Phys | Final distribution to claim 36 representing a payment of 12.97 % per court order. | ($4.44) | 7200-001 | | | |
| 01/25/17 | 400010 | Alpha Med Phys. Group Po Box3191 Carol Stream, Il 60132 | Distribution | | | $17.10 | $15,049.46 |
| | | Alpha Med Phys. Group | Final distribution to claim 2 representing a payment of 12.97 % per court order. | ($8.55) | 7200-000 | | | |
| | | Alpha Med Phys. Group | Final distribution to claim 3 representing a payment of 12.97 % per court order. | ($8.55) | 7200-000 | | | |
| 01/25/17 | 400011 | American Express Po Box 297871 Fort Lauderdale, Fl 33329 | Final distribution to claim 4 representing a payment of 12.97 % per court order. | | 7200-000 | | $142.69 | $14,906.77 |
| 01/25/17 | 400012 | Bmo Harris P.O. Box 94034 Palatine, Il 60094 | Final distribution to claim 5 representing a payment of 12.97 % per court order. | | 7200-000 | | $11,776.65 | $3,130.12 |
| 01/25/17 | 400013 | Capital One Po Box 30281 Salt Lake City, Ut 84130 | Distribution | | | $117.01 | $3,013.11 |
| | | Capital One | Final distribution to claim 6 representing a payment of 12.97 % per court order. | ($52.93) | 7200-000 | | | |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $12,053.45 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 14-38024 | Trustee Name: BARRY A. CHATZ | Exhibit 9 |
| Case Name: KAREN E MAZIE | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX0813 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7022 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/27/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital One | Final distribution to claim 7 ($64.08) representing a payment of 12.97 % per court order. | 7200-000 | | | |
| 01/25/17 | 400014 | Certified Services 1733 Washington St 201 Waukegan, Il 60085 | Final distribution to claim 9 representing a payment of 12.97 % per court order. | 7200-000 | | $29.58 | $2,983.53 |
| 01/25/17 | 400015 | Chase Po Box 15298 Wilmington, De 19850 | Final distribution to claim 10 representing a payment of 12.97 % per court order. | 7200-000 | | $32.30 | $2,951.23 |
| 01/25/17 | 400016 | City Of Oak Forest Po Box1053 Mokena, Il 60448 | Final distribution to claim 11 representing a payment of 12.97 % per court order. | 7200-000 | | $41.56 | $2,909.67 |
| 01/25/17 | 400017 | Com Ed 1309 Technology Pkwy Cedar Falls, Ia 50613 | Final distribution to claim 12 representing a payment of 12.97 % per court order. | 7200-000 | | $8.10 | $2,901.57 |
| 01/25/17 | 400018 | Dr. Daniel Pacella 16501 S. 106Th Ct. Orland Park, Il 60467 | Final distribution to claim 13 representing a payment of 12.97 % per court order. | 7200-000 | | $33.83 | $2,867.74 |
| 01/25/17 | 400019 | Dr. Donatello & Rusco 6360 159Th Street Oak Forest, Il 60452 | Final distribution to claim 14 representing a payment of 12.97 % per court order. | 7200-000 | | $37.71 | $2,830.03 |
| 01/25/17 | 400020 | Dr. John Hohner 6360 159Th Street Oak Forest, Il 60452 | Final distribution to claim 15 representing a payment of 12.97 % per court order. | 7200-000 | | $99.48 | $2,730.55 |
| 01/25/17 | 400021 | Dr. Richard Eber Dds 10423 S Cicero Ave Oak Lawn, Il 60453 | Final distribution to claim 16 representing a payment of 12.97 % per court order. | 7200-000 | | $7.52 | $2,723.03 |
| 01/25/17 | 400022 | Duvera 1910 Palomar Point Way, Ste 101 Carlsbad, Ca 92008 | Final distribution to claim 17 representing a payment of 12.97 % per court order. | 7200-000 | | $47.61 | $2,675.42 |
| 01/25/17 | 400023 | Eos Cca 700 Longwater Dr. Norwell, Ma 02061 | Final distribution to claim 18 representing a payment of 12.97 % per court order. | 7200-000 | | $48.65 | $2,626.77 |
| 01/25/17 | 400024 | First Premier Bank Attn: Bankruptcy Dept 601 S Minnesota Ave Sioux Falls, Sd 57101 | Final distribution to claim 19 representing a payment of 12.97 % per court order. | 7200-000 | | $73.94 | $2,552.83 |

| | | |
|---|---|---|
| UST Form 101-7-TDR (10/1/2010) *(Page: 19)* | Page Subtotals: $0.00 | $460.28 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: 14-38024 | | Trustee Name: BARRY A. CHATZ | Exhibit 9 |
| Case Name: KAREN E MAZIE | | Bank Name: Union Bank | |
| | | Account Number/CD#: XXXXXX0813 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX7022 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/27/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/17 | 400025 | Geico Casualty Company C/O Credit Collection Services Two Wells Ave Newton Center, Ma 02459 | Final distribution to claim 20 representing a payment of 12.97 % per court order. | 7200-000 | | $1,516.69 | $1,036.14 |
| 01/25/17 | 400026 | Palos Community Hospital C/O Harris & Harris, Ltd. 111 W Jackson Blvd, Ste 400 Chicago, Il 60604 | Distribution | | | $210.28 | $825.86 |
| | | Palos Community Hospital | Final distribution to claim 21            ($190.82) representing a payment of 12.97 % per court order. | 7200-000 | | | |
| | | Palos Community Hospital | Final distribution to claim 22            ($19.46) representing a payment of 12.97 % per court order. | 7200-000 | | | |
| 01/25/17 | 400027 | Jp Morgan Chase Bank Po Box64887 St. Paul, Mn 55164 | Final distribution to claim 24 representing a payment of 12.97 % per court order. | 7200-000 | | $337.80 | $488.06 |
| 01/25/17 | 400028 | City Of Country Club Hills C/O Mcsi 7330 College Drive Palos Heights, Il 60463 | Final distribution to claim 25 representing a payment of 12.97 % per court order. | 7200-000 | | $25.94 | $462.12 |
| 01/25/17 | 400029 | Allied Anesthesia Assoc C/O Medical Business Bureau P.O. Box 1219 Park Ridge, Il 60068 | Final distribution to claim 26 representing a payment of 12.97 % per court order. | 7200-000 | | $26.07 | $436.05 |
| 01/25/17 | 400030 | Numark Credit Union 8001 W 159Th Street Tinley Park, Il 60477 | Final distribution to claim 27 representing a payment of 12.97 % per court order. | 7200-000 | | $8.95 | $427.10 |
| 01/25/17 | 400031 | Parkview Orthopaedic 7600College Dr. Palos Heights, Il 60463 | Final distribution to claim 29 representing a payment of 12.97 % per court order. | 7200-000 | | $18.71 | $408.39 |
| 01/25/17 | 400032 | Palos Emergency Medical Services 9944 S Roberts Road Palos Hills, Il 60465 | Final distribution to claim 30 representing a payment of 12.97 % per court order. | 7200-000 | | $12.84 | $395.55 |
| 01/25/17 | 400033 | Secretary Of State Safety Responsibility Section 2701 S Dirksen Parkway Springfield, Il 62723 | Final distribution to claim 37 representing a payment of 12.97 % per court order. | 7200-000 | | $13.62 | $381.93 |

Page Subtotals:                    $0.00        $2,170.90

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No:  14-38024 | Trustee Name:  BARRY A. CHATZ | |
| Case Name:  KAREN E MAZIE | Bank Name:  Union Bank | |
| | Account Number/CD#:  XXXXXX0813 | |
| | Checking | |
| Taxpayer ID No:  XX-XXX7022 | Blanket Bond (per case limit):  $5,000,000.00 | |
| For Period Ending:  07/27/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/17 | 400034 | State Farm<br>Po Box2329<br>Bloomington, Il 61702 | Final distribution to claim 38 representing a payment of 12.97 % per court order. | 7200-000 | | $27.03 | $354.90 |
| 01/25/17 | 400035 | The Bureaus, Inc.<br>1717 Central Street<br>Evanston, Il 60201 | Final distribution to claim 39 representing a payment of 12.97 % per court order. | 7200-000 | | $64.60 | $290.30 |
| 01/25/17 | 400036 | Tinley Square Condo<br>c/o Advocate Property Management<br>P.O. Box 9242<br>Naperville, IL 60567 | Final distribution to claim 40 representing a payment of 12.97 % per court order. | 7200-000 | | $290.30 | $0.00 |
| 02/17/17 | | BARRY A. CHATZ, TRUSTEE | OTHER<br>THIS IS CHECK THAT BARRY CHATZ TRUSTEE GAVE TO CORRECT MISAPPLICATION OF ESTATE FUNDS WHEN MAZIE DISTRIBUTION WAS INCORRECTLY APPLIED TO HIS PERSONAL AMERICAN EXPRESS ACCOUNT. | 1290-000 | $142.69 | | $142.69 |
| 02/24/17 | 400016 | City Of Oak Forest<br>Po Box1053<br>Mokena, Il 60448 | Final distribution to claim 11 representing a payment of 12.97 % per court order. Reversal | 7200-000 | | ($41.56) | $184.25 |
| 02/24/17 | 400037 | UNITED STATES BANKRUPTCY COURT<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | Turnover of unclaimed funds to Bankruptcy Court<br>Unclaimed funds being turned over to Bankruptcy Court for Claim Nos. 4 (American Express $142.69) and 11 (City of Oak Forest $41.56) | | | $184.25 | $0.00 |
| | | American Express | ($142.69) | 7200-000 | | | |
| | | City Of Oak Forest | ($41.56) | 7200-000 | | | |
| 03/01/17 | 400022 | Duvera<br>1910 Palomar Point Way, Ste 101<br>Carlsbad, Ca 92008 | Final distribution to claim 17 representing a payment of 12.97 % per court order. Reversal | 7200-000 | | ($47.61) | $47.61 |

Page Subtotals:                    $142.69          $477.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | Exhibit 9 |

Case No: 14-38024
Case Name: KAREN E MAZIE

Trustee Name: BARRY A. CHATZ
Bank Name: Union Bank
Account Number/CD#: XXXXXX0813
Checking

Taxpayer ID No: XX-XXX7022
For Period Ending: 07/27/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/01/17 | 400023 | Eos Cca<br>700 Longwater Dr.<br>Norwell, Ma 02061 | Final distribution to claim 18 representing a payment of 12.97 % per court order.<br>Reversal | 7200-000 | | ($48.65) | $96.26 |
| 03/06/17 | 400038 | Clerk, U.S. Bankruptcy Court | Remit To Court | | | $96.26 | $0.00 |
| | | Eos Cca | Final distribution to claim 18 ($48.65) representing a payment of 12.97 % per court order. | 7200-001 | | | |
| | | Duvera | Final distribution to claim 17 ($47.61) representing a payment of 12.97 % per court order. | 7200-001 | | | |
| 04/26/17 | 400032 | Palos Emergency Medical Services<br>9944 S Roberts Road<br>Palos Hills, Il 60465 | Final distribution to claim 30 representing a payment of 12.97 % per court order.<br>Reversal | 7200-000 | | ($12.84) | $12.84 |
| 04/26/17 | 400033 | Secretary Of State<br>Safey Responsibility Section<br>2701 S Dirksen Parkway<br>Springfield, Il 62723 | Final distribution to claim 37 representing a payment of 12.97 % per court order.<br>Reversal | 7200-000 | | ($13.62) | $26.46 |
| 04/26/17 | 400034 | State Farm<br>Po Box2329<br>Bloomington, Il 61702 | Final distribution to claim 38 representing a payment of 12.97 % per court order.<br>Reversal | 7200-000 | | ($27.03) | $53.49 |
| 04/26/17 | 400035 | The Bureaus, Inc.<br>1717 Central Street<br>Evanston, Il 60201 | Final distribution to claim 39 representing a payment of 12.97 % per court order.<br>Reversal | 7200-000 | | ($64.60) | $118.09 |
| 04/26/17 | 400036 | Tinley Square Condo<br>c/o Advocate Property Management<br>P.O. Box 9242<br>Naperville, IL 60567 | Final distribution to claim 40 representing a payment of 12.97 % per court order.<br>Reversal | 7200-000 | | ($290.30) | $408.39 |
| 04/26/17 | 400019 | Dr. Donatello & Rusco<br>6360 159Th Street<br>Oak Forest, Il 60452 | Final distribution to claim 14 representing a payment of 12.97 % per court order.<br>Reversal | 7200-000 | | ($37.71) | $446.10 |

Page Subtotals:   $0.00   ($398.49)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-38024
Case Name: KAREN E MAZIE

Trustee Name: BARRY A. CHATZ
Bank Name: Union Bank
Account Number/CD#: XXXXXX0813
Checking

Taxpayer ID No: XX-XXX7022
For Period Ending: 07/27/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/26/17 | 400025 | Geico Casualty Company C/O Credit Collection Services Two Wells Ave Newton Center, Ma 02459 | Final distribution to claim 20 representing a payment of 12.97 % per court order. Reversal | 7200-000 | | ($1,516.69) | $1,962.79 |
| 04/26/17 | 400026 | Palos Community Hospital C/O Harris & Harris, Ltd. 111 W Jackson Blvd, Ste 400 Chicago, Il 60604 | Distribution Reversal | | | ($210.28) | $2,173.07 |
| | | Palos Community Hospital | Final distribution to claim 21 representing a payment of 12.97 % per court order. | $190.82  7200-000 | | | |
| | | Palos Community Hospital | Final distribution to claim 22 representing a payment of 12.97 % per court order. | $19.46  7200-000 | | | |
| 04/26/17 | 400027 | Jp Morgan Chase Bank Po Box64887 St. Paul, Mn 55164 | Final distribution to claim 24 representing a payment of 12.97 % per court order. Reversal | 7200-000 | | ($337.80) | $2,510.87 |
| 04/26/17 | 400028 | City Of Country Club Hills C/O Mcsi 7330 College Drive Palos Heights, Il 60463 | Final distribution to claim 25 representing a payment of 12.97 % per court order. Reversal | 7200-000 | | ($25.94) | $2,536.81 |
| 04/26/17 | 400029 | Allied Anesthesia Assoc C/O Medical Business Bureau P.O. Box 1219 Park Ridge, Il 60068 | Final distribution to claim 26 representing a payment of 12.97 % per court order. Reversal | 7200-000 | | ($26.07) | $2,562.88 |
| 04/26/17 | 400030 | Numark Credit Union 8001 W 159Th Street Tinley Park, Il 60477 | Final distribution to claim 27 representing a payment of 12.97 % per court order. Reversal | 7200-000 | | ($8.95) | $2,571.83 |
| 04/26/17 | 400031 | Parkview Orthopaedic 7600College Dr. Palos Heights, Il 60463 | Final distribution to claim 29 representing a payment of 12.97 % per court order. Reversal | 7200-000 | | ($18.71) | $2,590.54 |
| 05/08/17 | 400039 | Clerk, U.S. Bankruptcy Court | Remit To Court | | | $2,552.83 | $37.71 |

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

Page Subtotals:     $0.00     $408.39

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-38024 | Trustee Name: BARRY A. CHATZ |
| Case Name: KAREN E MAZIE | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0813 |
| | Checking |
| Taxpayer ID No: XX-XXX7022 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Tinley Square Condo | Final distribution to claim 40 representing a payment of 12.97 % per court order. | ($290.30) | 7200-001 | | |
| | | The Bureaus, Inc. | Final distribution to claim 39 representing a payment of 12.97 % per court order. | ($64.60) | 7200-001 | | |
| | | State Farm | Final distribution to claim 38 representing a payment of 12.97 % per court order. | ($27.03) | 7200-001 | | |
| | | Secretary Of State | Final distribution to claim 37 representing a payment of 12.97 % per court order. | ($13.62) | 7200-001 | | |
| | | Palos Emergency Medical Services | Final distribution to claim 30 representing a payment of 12.97 % per court order. | ($12.84) | 7200-001 | | |
| | | Parkview Orthopaedic | Final distribution to claim 29 representing a payment of 12.97 % per court order. | ($18.71) | 7200-001 | | |
| | | Numark Credit Union | Final distribution to claim 27 representing a payment of 12.97 % per court order. | ($8.95) | 7200-001 | | |
| | | Allied Anesthesia Assoc | Final distribution to claim 26 representing a payment of 12.97 % per court order. | ($26.07) | 7200-001 | | |
| | | City Of Country Club Hills | Final distribution to claim 25 representing a payment of 12.97 % per court order. | ($25.94) | 7200-001 | | |
| | | Jp Morgan Chase Bank | Final distribution to claim 24 representing a payment of 12.97 % per court order. | ($337.80) | 7200-001 | | |
| | | Palos Community Hospital | Final distribution to claim 21 representing a payment of 12.97 % per court order. | ($190.82) | 7200-001 | | |
| | | Palos Community Hospital | Final distribution to claim 22 representing a payment of 12.97 % per court order. | ($19.46) | 7200-001 | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-38024 | | |
| Case Name: KAREN E MAZIE | Trustee Name: BARRY A. CHATZ | |
| | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX0813 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7022 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/27/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Geico Casualty Company | Final distribution to claim 20 representing a payment of 12.97 % per court order. | ($1,516.69) | 7200-001 | | | |
| 05/08/17 | 400040 | United States Bankruptcy Court Clerk 219 South Dearborn Street Chicago, IL 60604 | Turnover of unclaimed funds Turnover of uncashed claim check made payable to Dr. Donatello & Rusco (claim no. 14) | 7200-000 | | $37.71 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $75,142.69 | $75,142.69 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $75,142.69 | $75,142.69 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $75,142.69 | $60,142.69 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $37.71 |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0813 - Checking | $75,142.69 | $60,142.69 | $0.00 |
| | $75,142.69 | $60,142.69 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $75,142.69 |
| Total Gross Receipts: | $75,142.69 |

Page Subtotals:                    $0.00          $0.00