# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | **No.  14-38024** |
| **Karen E. Mazie,** | ) | |
| | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## TRUSTEE'S REPORT OF UNCLAIMED PROPERTY

Pursuant to the provisions of 11 United States Code Section 347(a) and Federal Rule of Bankruptcy Procedure 3011, Richard M. Fogel, not individually, but as Chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Karen E. Mazie (the "Debtor"), hereby submits his Report of Unclaimed Property:

1.      On June 12, 2020, the Trustee disbursed all property of the Estate to the Debtor's creditors in accordance with the Trustee's Amended Distribution Report filed on June 11, 2020.

2.      As set forth in the attached Exhibit A, the Trustee has stopped payment on checks that were issued to creditors and were either returned uncashed or are more than ninety days old, in the aggregate amount of $11,776.65.

3.      The Trustee hereby tenders the sum of $11,776.65 to the Clerk of the U.S. Bankruptcy Court.

Respectfully submitted,

Dated:  August 20, 2020

/s/ Richard M. Fogel
321 N. Clark Street, Suite 1600
Chicago, IL  60654
(312) 276-1334

# EXHIBIT A

{4273 RPT A0504224.DOC}

| Claim Number | Creditor Name and Address | Amount |
| --- | --- | --- |
| 5 | BMO Harris<br>PO Box 90434<br>Palatine, IL  60094 | $11,776.65 |